|          |                                                      |
|----------|------------------------------------------------------|
| **To:**  | The Honorable David C. Keesler<br>U.S. Magistrate Judge |
| **From:**| Collin Lavery<br>Probation Officer Assistant         |
| **Subject:** | **Timothy Dwayne Bowens**<br>Case Number: 0419 3:17CR00306- 001<br>**OUT-OF-DISTRICT TRAVEL WHILE ON ELECTRONIC MONITORING** |
| **Date:**| 9/25/2023                                            |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

On 8/21/2018, Timothy Dwayne Bowens was convicted of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21:846, 841(a)(1) and 841(b)(1)(C) and was sentenced to seventy (70) months imprisonment followed by three (3) years supervised release.

The following information originates out of the Eastern District of North Carolina. Bowens is requesting out of district travel to Gwinnet County, Georgia. The defendant is on location monitoring, and the internal policy in the Eastern District of North Carolina is that no defendant can travel out of district while on location monitoring without a court order. Specifically, on 9/26/2023, he intends to travel to Gwinnet Justice and Administration Center located at 75 Langley Drive, Lawrenceville, GA 30046 to be present for a 09:30 arraignment hearing for the charges and conduct listed in his pending supervised released violation petition. Upon review, Bowens' state attorney, Tracy Drake, has provided documentation of the arraignment hearing with the probation officer confirming its legitimacy. It is respectfully recommended that his request be authorized.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7646, should you have any questions.

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

The undersigned notes that it is odd that the Defendant stated as a basis for his motion to continue the supervised release hearing in this district set for 9/26/23 that he tested positive for Covid on or about 9/20/23. The Defendant now seeks to travel to Georgia to make an appearance in state court on the very same day as the federal court appearance he successfully sought to continue. The Defendant is respectfully reminded that he is to comply with all conditions of his supervised release and his terms of pretrial release pending further orders of the Court.

Signed: September 25, 2023

_____
David C. Keesler
United States Magistrate Judge